IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                September 1, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


GREGORY G. SICARD, et al

vs                                                     CIVIL 98-2334CCC

ENRIQUE BRAY, et al


By order of the Court, the **initial scheduling conference set for September 2, 1999 is VACATED.** The same will be reset as soon as all defendants have either appeared of their default entered. Plaintiffs shall, within the final term of eleven (11) days after notice, move for the entry of default against all defendants duly served with process that have still not answered the complaint. Parties to be notified by FAX and mail.

— Secretary

9/1/99 Parties notified by FAX

s/c: A. Bermúdez
& J. Suro
CR Deputy Clerk

SEP - 2 1999