IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sicard

vs.

Bray et al.

CR/CIV/MISC 98-2334 CCC

## DESCRIPTION OF MOTION

DATE FILED: 10/14/99   DOCKET: 29   TITLE: (d.e. 29):

[ ] Plaintiff(s)   [ ] _____
[X] Defendant(s) Andrés Guillemard, in his Personal capacity

Motion in Opposition to Plaintiff's Motion Requesting Entry of Default and Judgment against the "law firm"

### O-R-D-E-R

__ GRANTED.            __ DENIED.

__ MOOT.               __ NOTED.

OTHER: Plaintiff shall reply to this opposition, specifically addressing paragraphs 5, 6 & 7 within the term of 15 days after notice.

Clerk shall place this matter on follow-up and return case to chambers upon expiration of the 15 day period established above.

10/24/99
DATE

CARMEN CONSUELO CEREZO
United States District Judge

s/c A. Bennazar
J. Suro
OCT 2 1999

OCT 26 1999

30