IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY G. SICARD, SIBYLE SICARD &
JOCELYNE SICARD

Plaintiffs

vs                                            CIVIL 98-2334CCC

ENRIQUE BRAY, MARIBEL CASTILLO and
THE LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; ANDRES
GUILLEMARD-NOBLE; ANN ROE and the
LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; NACHMAN &
FERNANDEZ-SEIN LAW FIRM and its
successors law firms, LAW OFFICE OF
HARVEY B. NACHMAN, NACHMAN,
SANTIAGO, BRAY & GUILLEMARD LAW
FIRM; and NACHMAN, GUILLEMARD &
REBOLLO LAW FIRM

Defendants

## ORDER

This action is before us on plaintiffs' Motion for Entry of Default (docket entry 25) as to Nachman&Fernández Seín Law Firm and it successors law firms, law offices of Harvey B. Nachman; Nachman, Santiago, Bray & Guillemard Law Firm; and Nachman, Guillemard & Rebollo Law Firm. Plaintiffs refer to all these defendants as "the Law Firm" without any reference to their individual identities or structures. The supporting affidavit recites the facts of this case but fails to address the any issues relevant to the issue of default.

Co-defendant Guillemard Noble has responded in his personal capacity, in opposition to this motion (docket entry 29), without any supporting affidavit, stating that he was not authorized to receive service for the Nachman & Fernández Seín law firm and that none of the other law firms have been served. In their reply (**docket entry 29**), plaintiffs provide a lot of argument and little, if any, substance. We have no evidence that the structural identities of these firms are such that individual service need not be made.

The record reveals that, accept for the law firm of Nachman & Fernández Seín, none of the other firms have been served. Accordingly, the motion for default against the remaining law firms is DENIED. The above mentioned firm shall answer the complaint or move to quash service of process within 15 days after notice of this order. Failure to comply will result in the entry of default.

SO ORDERED.

At San Juan, Puerto Rico, on December 17, 1999.

CARMEN CONSUELO CEREZO
United States District Judge