IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY G. SICARD, SIBYLE SICARD &
JOCELYNE SICARD

Plaintiffs

vs

CIVIL 98-2334CCC

ENRIQUE BRAY, MARIBEL CASTILLO and
THE LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; ANDRES
GUILLEMARD-NOBLE; ANN ROE and the
LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; NACHMAN &
FERNANDEZ-SEIN LAW FIRM and its
successors law firms, LAW OFFICE OF
HARVEY B. NACHMAN, NACHMAN,
SANTIAGO, BRAY & GUILLEMARD LAW
FIRM; and NACHMAN, GUILLEMARD &
REBOLLO LAW FIRM

Defendants



## ORDER

Having considered the Motion for Leave to Serve Defendants with Process by Publication filed by plaintiffs (**docket entry 23**), specifically referring to defendants Enrique Bray and Maribel Castillo, and the statement under penalty of perjury of José Burgos-Antonetty, the process server, the same is DENIED since the efforts made to serve these defendants are insufficient. See Lanzó Llanos v. Banco de la Vivienda de Puerto Rico, 93 JTS 86 (1993).

SO ORDERED.

At San Juan, Puerto Rico, on January 26th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge