IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                       January 25, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

GREGORY G. SICARD, et al

vs                                            CIVIL 98-2334CCC

ENRIQUE BRAY, et al

    Upon reviewing the Order filed on December 21, 1999 (**docket entry 33**), the Court has become aware that it contains several typographical errors which must be corrected. Accordingly, an Amended Order Nunc Pro Tunc is being issued. Parties to be notified.

                                                                    - Secretary