IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY G. SICARD, SIBYLE SICARD & JOCELYNE SICARD

Plaintiffs

vs

CIVIL 98-2334CCC

ENRIQUE BRAY, MARIBEL CASTILLO and THE LEGAL CONJUGAL PARTNERSHIP COMPOSED BY THEM; ANDRES GUILLEMARD-NOBLE; ANN ROE and the LEGAL CONJUGAL PARTNERSHIP COMPOSED BY THEM; NACHMAN & FERNANDEZ-SEIN LAW FIRM and its successors law firms, LAW OFFICE OF HARVEY B. NACHMAN, NACHMAN, SANTIAGO, BRAY & GUILLEMARD LAW FIRM; and NACHMAN, GUILLEMARD & REBOLLO LAW FIRM

Defendants



## ORDER

Having considered the Informative Motion filed by defendant Andrés Guillemard-Noble on January 5, 2000 (**docket entry 34**) and his declaration under penalty of perjury in support thereof, the Court finds that Mr. Guillemard-Noble was not an officer or agent authorized by appointment or by law to receive service of process on behalf of Nachman&Fernández Seín Law Firm. Accordingly, the service executed on April 9, 1999 upon the Nachman and Fernández-Seín Law Firm by delivering a copy of the summons and complaint upon Mr. Guillemard-Noble is quashed.

SO ORDERED.

At San Juan, Puerto Rico, on January 26, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)