IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY G. SICARD, SIBYLE SICARD &
JOCELYNE SICARD

Plaintiffs

vs                                         CIVIL 98-2334CCC

ENRIQUE BRAY, MARIBEL CASTILLO and
THE LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; ANDRES
GUILLEMARD-NOBLE; ANN ROE and the
LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; NACHMAN &
FERNANDEZ-SEIN LAW FIRM and its
successors law firms, LAW OFFICE OF
HARVEY B. NACHMAN, NACHMAN,
SANTIAGO, BRAY & GUILLEMARD LAW
FIRM; and NACHMAN, GUILLEMARD &
REBOLLO LAW FIRM

Defendants



## ORDER

This complaint was filed on November 30, 1998 and amended thereafter. Notwithstanding the time elapsed, the only defendant duly served in this case is Andrés Guillemard-Noble.

Mr. Guillemard-Noble's spouse is identified as Ann Roe only in the amended complaint. There is no indication in the record that she has been identified by her true name and served. Nor is there any evidence of proof of service upon their conjugal partnership as a separate defendant sued by plaintiffs.

In addition to this, plaintiffs insist in referring to the four distinct defendants identified as Nachman & Fernández-Seín Law Firm, Law Office of Harvey B. Nachman, Nachman, Santiago, Bray & Guillemard Law Firm, Nachman, Guillemard & Rebollo Law Firm as one same entity, despite the Court's Order of December 21, 1999 (docket entry 33), requiring that each be individually served.

AO 72A
(Rev.8/82)

CIVIL 98-2334CCC                                2

Accordingly, plaintiffs are ORDERED to identify the Ann Roe defendant within the final term of twenty (20) days after notice and thereafter to serve her within thirty (30) days.

It is further ORDERED that all other defendants who have not been duly served at this time be served within the final term of thirty (30) days. This includes the four law firms, the two conjugal partnerships included as defendants, Mr. Enrique Bray and Maribel Castillo.

SO ORDERED.

At San Juan, Puerto Rico, on January 26, 2000.

CARMEN CONSUELO CEREZO
United States District Judge