# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                May 9, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

GREGORY G. SICARD, et al

vs                                                   CIVIL 98-2334CCC

ENRIQUE BRAY, et al

By order of the Court, the Motion to Strike or for Disclosure of Entire Document (**docket entry 35**) is DENIED.

The Motion Regarding Compliance with Order (**docket entry 42**) is NOTED and GRANTED. According to the file summons were issued on February 15, 2000 as requested. Parties to be notified.

                                                        - Secretary


