IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY G. SICARD, SIBYLE SICARD &
JOCELYNE SICARD

Plaintiffs

vs                                                          CIVIL 98-2334CCC

ENRIQUE BRAY, MARIBEL CASTILLO and
THE LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; ANDRES
GUILLEMARD-NOBLE; ANN ROE and the
LEGAL CONJUGAL PARTNERSHIP
COMPOSED BY THEM; NACHMAN &
FERNANDEZ-SEIN LAW FIRM and its
successors law firms, LAW OFFICE OF
HARVEY B. NACHMAN, NACHMAN,
SANTIAGO, BRAY & GUILLEMARD LAW
FIRM; and NACHMAN, GUILLEMARD &
REBOLLO LAW FIRM

Defendants

## ORDER

Having considered the Motion for Leave to File Second Amended Complaint and for Summons to Issue filed on February 18, 2000 (**docket entry 43**), the same is GRANTED. The Second Amended Complaint simultaneously tendered is ORDERED FILED.

Although the Court had not yet authorized the filing of the tendered Second Amended Complaint, the Clerk of Court issued the summons on February 15, 2000. The Court has before it an answer to the Second Amended Complaint filed by defendants Nachman, Guillemard & Rebollo, Nachman, Santiago, Bray & Guillemard, Andrés Guillemard-Noble, Beatriz Fierres and their conjugal partnership which was filed on April 11, 2000 (**docket entry 48**). The Motion filed by defendants for extension of time (**docket entry 46**) is MOOT. Co-defendant Belén Granados filed a Motion for Extension of Time to Answer on April 17, 2000 (**docket entry 49**). Movant Belén Granados is GRANTED until May 30, 2000 to answer the Second Amended Complaint.

CIVIL 98-2334CCC                                           2

Plaintiffs shall present proof of service on all remaining defendants within the final term of twenty (20) days after notice of this Order.

SO ORDERED.

At San Juan, Puerto Rico, on May 15, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

cc: A. Bennazar
    J. Sune
    X. Rodriguez

5-17-00

AO 72A
(Rev.8/82)