IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    July 6, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

GREGORY G. SICARD, et al

                                          CIVIL 98-2334CCC

vs

ENRIQUE BRAY, et al.

_____

    By order of the Court, defendant Belen Granados is granted term of twenty (20) days after notice to reply to plaintiffs' Opposition to Motion to Quash Summons (**docket entry 5** ).

    Parties to be notified.

\- Law Clerk

JUL 1 0 2000