## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GREGORY S. SICARD, ET AL

    **Plaintiff(s)**

        **v.**               **CIVIL NUMBER: 98-2334 (JAG)**

ENRIQUE BRAY, MARIBEL CASTILLO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/16/2000<br>**Title:** Notice of Dismissal<br>       Without Prejudice<br>**Docket:** 66<br>[x] Plffs    [ ] Defts    [ ] Other | **GRANTED** as requested. The claims against Mr. José Fernández Sein, his wife Patty Romeu and the Legal Conjugal Partnership formed by them are dismissed without prejudice. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/14/2000<br>**Title:** Motion Requesting<br>       Extension of Time<br>**Docket:** 60<br>[ ] Plffs    [x] Defts    [ ] Other | **DENIED,** without prejudice to a possible resubmission following decision on the motion to quash the summons. |

**Date:** 09/13/00

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**

