IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GREGORY SICARD | * |
| Plaintiff | * |
| V | *  CIVIL NO. 98-2334 (JAG) |
| ENRIQUE BRAY | * |
| Defendant | * |

## ORDER

Due to the number and nature of the cases assigned to me I have decided to obtain from the parties information to accelerate the consideration of the cases. Therefore, the parties shall meet and provide the Court with the information requested in the attached questionnaire within the next fifteen days. Please copy the question and proceed to provide the answer.

If no agreement is possible as to the answer of any question, each side will submit its version, separately.

SO ORDERED.

Hato Rey, Puerto Rico, this 18th day of January, 2001.

JAY A. GARCIA GREGORY
U. S. DISTRICT JUDGE

## QUESTIONNAIRE

1- State the full caption of this case.

2- Date of filing.

3- State the name, address and telephone numbers of the attorneys representing each party at the present time.

4- If the case is before a jury or to the bench?

5- Is jurisdiction accepted?

6- If not, each side shall state briefly its legal reasons, citing no more than two cases.

7- Please provide a short statement of the facts of this case.

8- Have there been any efforts to settle this case?  Explain.

9- Do you feel that a meeting with the judge will help expediting the settlement of this case?

10- Is there any dispositive motion pending in this case? When was it filed?  Status of the motion.  Please state briefly your reasoning for that motion and the opposition thereto citing no more than two cases.

11- Please state the status of discovery of this case.

12- When will this case be ready for trial?

13- How many witnesses will be used for each party?

14- How long will it take to try this case?

15- Can this case be tried before a magistrate?