UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY S. SICARD, ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 98-2334 (JAG)

ENRIQUE BRAY, MARIBEL CASTILLO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/27/01<br>**Title:** Motion to Resign Legal Representation<br>**Docket:** 73<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED**. Plaintiffs are granted a period of thirty (30) days to retain new counsel. An appearance by new counsel must be filed on or before October 1, 2001. Until that time, plaintiffs' counsel of record shall continue to represent them.<br><br>In addition to counsel of record, a copy of this order shall be notified to: Mr. Gregory Sicard, 16 Boulevard Flandrin, Paris 160, France. |

Date: August 31, 2001                    JAY A. GARCIA-GREGORY
                                          U.S. District Judge

(3) MR. Gregory Sicard
    9/5/01

(74)