IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY S. SICARD, et al

    **Plaintiff(s)**

    v.                                     CIVIL NO. 98-2334 (JAG)

ENRIQUE BRAY, et al

    **Defendant(s)**

## ORDER

On August 31, 2001, this Court issued an Order granting plaintiffs until October, 1, 2001 to enter an appearance through new retained counsel or **pro se** as requested additional time to comply with this Court's Order.

If by November 15, 2001, plaintiffs have not appeared through new counsel or **pro se** or have otherwise shown cause why such an appearance is not feasible, this Court will deem plaintiffs to have lost interest in the further prosecution of their claims and/or will presume plaintiffs to have disregarded this Court's Order of August 31, 2001 as well as this Order. Accordingly, the case will be dismissed with prejudice for failure to comply with this Court's Orders and also for lack of prosecution.




G. Sicard



Civil No. 98-2334   (JAG)                                                              2

Copy of this Order shall be notified to plaintiffs' former counsel of record as well as to plaintiffs at the address furnished by their former counsel and appearing in the Court's Order of August 31, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of October, 2001.

_____
JAY A. GARCIA-GREGORY
United States District Judge