IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY S. SICARD, et al

**Plaintiff(s)**

v.  CIVIL NO. 98-2334 (JAG)

ENRIQUE BRAY, et al

**Defendant(s)**

---

### ORDER

On October 26, 2001, the Court issued an order for plaintiffs to enter an appearance, either *pro se* or through counsel, or, in the alternative, to show cause why an entry of appearance would not be feasible, by November 15, 2001. Docket No. 75. The court advised plaintiffs that failure to comply with this order would result in dismissal for failure to comply with the Court's orders and have not shown cause for their failure to do so. Accordingly, the Court will dismiss the Complaint and enter judgment in favor of defendants.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of November 2001.



JAY A. GARCIA-GREGORY
United States District Judge


