**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

GREGORY S. SICARD, et al

    **Plaintiff(s)**

        **v.**                **CIVIL NO.** 98-2334 (JAG)

ENRIQUE BRAY, et al

    **Defendant(s)**

---

### JUDGMENT

Pursuant to the Court's order of this date, judgment is entered dismissing this case for failure to comply with this Court's orders and for lack of prosecution.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of November 2001.

           JAY A. GARCIA-GREGORY
           United States District Judge

